JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WAYNE MCCRAY, ) | Case No. CV 08-6088-AHM (DTB) |
| Petitioner, ) | |
| vs. ) | **J U D G M E N T** |
| MICHAEL MARTEL, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Amended Petition is denied and this action is dismissed with prejudice.

DATED: May 26, 2010

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE